# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: EVENFLO COMPANY, INC., MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:20-md-02938-DJC |
| This Document Relates to: | |
| Alston v. Evenflo; 20-cv-11072 DJC | |
| Brodeur v. Evenflo; 20-cv-30048 DJC | |
| Hampton v. Evenflo; 20-cv-11145 DJC | |
| Naughton v. Evenflo; 20-cv-11131 DJC | |
| Ramasamy v. Evenflo; 20-cv-11071 DJC | |
| Reed v. Evenflo; 20-cv-11168 DJC | |
| Rose v. Evenflo; 20-cv11069 | |

## NOTICE OF FIRM NAME AND EMAIL ADDRESS CHANGE

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that effective immediately, the contact information for Gregory F. Coleman, Jonathan B. Cohen, and Alex Straus, attorneys for Plaintiffs and class, will be as follows:

>Gregory F. Coleman
>Jonathan B. Cohen
>Alex Straus
>**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
>800 S. Gay Street, Suite 1100
>Knoxville, TN 37929
>Telephone: 865-247-0080
>Facsimile: 865-522-0049
>gcoleman@milberg.com
>jcohen@milberg.com
>astraus@milberg.com

Dated: July 28, 2021 	Respectfully submitted,

*s/Gregory F. Coleman*
Gregory F. Coleman
Jonathan B. Cohen
Alex Straus
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: 865-247-0080
Facsimile: 865-522-0049
gcoleman@milberg.com
jcohen@milberg.com
astraus@milberg.com

### CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2021, a true and correct copy of the foregoing was served via CM/ECF to the parties registered to the Court's CM/ECF system.

*s/Gregory F. Coleman*
Gregory F. Coleman