UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE EVENFLO CO., INC., MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1:20-md-02938-DJC<br><br>CLASS ACTION |
| *This Document Relates To:*<br><br>*All Cases* | |

**JOINT STATUS REPORT**

Plaintiffs and Defendant Evenflo Co., Inc., by and through the undersigned counsel, jointly file this Joint Status Report to provide a report to the Court regarding the status of the parties' settlement negotiations.

As the parties reported to the Court on December 6, 2024 [ECF No. 205], the parties participated in an in-person mediation on October 30, 2024, and have continued to engage in settlement negotiations since then. The parties have now reached an agreement in principle and are in the process of negotiating the final terms of the settlement agreement. The parties previously requested that the Court stay all deadlines until January 20, 2025, on which date either the Plaintiffs would file a Motion for Preliminary Approval of the Settlement or the parties would provide a status report to the Court regarding their efforts. [ECF No. 205.]

The parties are diligently memorializing the proposed settlement terms in a settlement agreement. Plaintiffs are also preparing the documents in support of their Motion for Preliminary Approval and receiving proposals from notice providers and settlement administrators. Thus, the parties respectfully request an additional 45 days from the previous deadline, or until March 6, 2025, for the Plaintiffs to file a Motion for Preliminary Approval of the Settlement or for the parties to provide a status report to the Court regarding the status of their efforts.

1

Dated: January 17, 2025						Respectfully submitted,

/s/ *Mark P. Chalos*
**Mark P. Chalos**
**Christopher E. Coleman**
Lieff, Cabraser, Heimann & Bernstein, LLP
222 2nd Avenue South, Suite 1640
Nashville, TN 37201
615-313-9000
615-313-9965 (fax)
mchalos@lchb.com
ccoleman@lchb.com

/s/ *Martha A. Greer*
**Martha A. Geer**
Milberg Coleman Bryson Phillips Grossman, PLLC
900 W. Morgan Street
Raleigh, NC 27606
919-600-5000
919-600-5035 (fax)
mgeer@milberg.com

/s/ *Steve W. Berman*
**Steve W. Berman**
**Shayne C. Stevenson**
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
T: (206) 623-7292
F: (206) 623-0594
steve@hbsslaw.com
shaynes@hbssslaw.com

*Counsel for Plaintiffs*

/s/ *Stephen I. Hansen*
**Stephen I. Hansen, BBO #679134**
SHOOK, HARDY & BACON L.L.P.
One Federal Street, Suite 2540
Boston, MA 02110
Tel.: (617) 531-1411
Email: sihansen@shb.com

**Tristan L. Duncan**
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: 816.474.6550
Email: tlduncan@shb.com

2

**Daniel B. Rogers**
SHOOK, HARDY & BACON L.L.P.
Citigroup Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358.5171
Email: drogers@shb.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on January 17, 2025.

/s/ *Mark P. Chalos*
Mark P. Chalos